## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**SEBASTIAN K. KOTHMANN,**
    **Plaintiff,**

**v.**                       **Case No. 3:16cv194/MCR/EMT**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**
    **Defendant.**
_____/

# O R D E R

This cause is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated August 29, 2017 (ECF No. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The decision of the Commissioner is **AFFIRMED**, this action is

**DISMISSED,** and the clerk is directed to close the file.

   **DONE AND ORDERED** this 25th day of September 2017.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**